Gmail

**Jehieli Luevanos-Ovalle <jehieli@democracydefenders.org>**

## Fwd: [EXTERNAL] Democracy Defenders Fund v. Federal Bureau of Investigation, Case #1:26-cv-01935-SLS (DDC)

**Lindsay Zimliki <>**                                                                                 Fri, Jun 26, 2026 at 3:21 PM

---------- Forwarded message ---------
From: **USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>
Date: Fri, Jun 26, 2026 at 3:14 PM
Subject: RE: [EXTERNAL] Democracy Defenders Fund v. Federal Bureau of Investigation, Case #1:26-cv-01935-SLS (DDC)
To: Lindsay Zimliki <>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>

Your submission has been received by email on June 24, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Lindsay Zimliki <>
**Sent:** Wednesday, June 24, 2026 2:26 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Democracy Defenders Fund v. Federal Bureau of Investigation, Case #1:26-cv-01935-SLS (DDC)

Pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure and instructions regarding "Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i)," on the website of the US Attorneys Office for the District of Columbia, we are serving the attached civil summons and complaint in the above captioned case. Please let me know if we need to correct anything or if you have received and accepted service.

Thank you,

Lindsay W. Zimliki

Senior Litigation Counsel

Democracy Defenders Fund

This email and any attachments may contain confidential information and/or information protected by the attorney-client privilege or the attorney work product doctrine. It is intended solely for the use of the intended recipient(s). If you are not the intended recipient, please notify the sender and delete this message.