UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>*Defendant*. | Civil Action No. 26-1935 (SLS) |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT**

The parties, by undersigned counsel, respectfully move this Court for a short extension of time to file their Status Report in this Freedom of Information Act (FOIA) case. A Status Report is currently due on Monday, September 21, 2026 (ECF No. 14). The parties seek a short, two-day extension, until September 23.

There is good cause to grant this extension. The parties are actively conferring on a draft of the Status Report, and this short-extension will allow the Status Report to undergo necessary review and for parties to make an appropriate joint filing before the Court.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the brief extension requested, as this is a joint request. This is the parties' first motion to extend the time to file a Status Report.

The parties apologize for not seeking an extension sooner, but the need for an extension did not become apparent until now, at which point the parties promptly conferred and made this motion. A proposed order is attached.

Dated: September 21, 2026

Respectfully submitted,

*/s/ Lindsay W. Zimliki*
Lindsay W. Zimliki, DC Bar No. 475890
Norman Eisen, DC Bar No. 435051
Zsa'Queria Martin, DC Bar No. 90043047
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
(202) 594-9958
lindsay@democracydefenders.org
norman@democracydefenders.org
zsaqueria@democracydefenders.org

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7705
Email: samuel.settle@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND,<br>*Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>*Defendant*. | Civil Action No. 26-1935 (SLS) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' motion for extension of time, and the entire record herein, it is hereby

ORDERED that the joint motion is GRANTED, and it is further

ORDERED that parties shall file a Status Report by September 23, 2026.

SO ORDERED:

______________________ Date

______________________________________
SPARKLE L. SOOKNANAN
United States District Judge